### 14565. LOMAX v. WOODRUFF MACHINERY MANUFACTURING CO. et al.

BLOODWORTH, J. Under an attachment for purchase-money in favor of Woodruff Machinery Manufacturing Company certain personal property was levied on and sold. A petition for a rule was brought by T. B. Lomax against the sheriff for the money arising from the sale. Under all the facts of the case, the trial judge properly awarded the fund, less the costs, to the Woodruff Machinery Manufacturing Company.

         *Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED OCTOBER 3, 1923. REHEARING DENIED DECEMBER 5, 1923.

Money rule. Before Judge Park. Greene superior court. February 26, 1923.

Application for certiorari was denied by the Supreme Court.

*J. S. Callaway, J. G. Faust, J. C. & H. E. Edwards,* for plaintiff.
*G. A. Johns, Noel P. Park,* for defendants.